# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:18-cv-00914-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO SUBMIT A NEW IN FORMA PAUPERIS FORM OR PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

On July 5, 2018, Plaintiff filed a complaint seeking review of the Commissioner's denial of his application for Social Security benefits and an application to proceed in forma pauperis in this action. (ECF Nos. 1, 2.) The application to proceed in forma pauperis is signed and dated June 27, 2014. (ECF No. 2 at 2.) The Court recognizes that this may be a typographical error. However, if the form was completed and signed in 2014, Plaintiff's financial information may have changed. Therefore, Plaintiff is required to file a new application to proceed in forma pauperis or pay the filing fee in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed July 5, 2018, is denied without prejudice;

2. The Office of the Clerk is directed to provide Plaintiff with an application to

1

1. proceed in forma pauperis;
2. 3. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
3. 4. No extension of time will be granted without a showing of good cause; and
4. 5. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 9, 2018**

_____
UNITED STATES MAGISTRATE JUDGE