# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00914-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 3) |

On July 5, 2018, Plaintiff filed a complaint seeking review of the Commissioner's denial of his application for Social Security benefits and an application to proceed in forma pauperis in this action. (ECF Nos. 1, 2.) Upon review of the application to proceed in forma pauperis, the Court found that it was inadequate to determine if Plaintiff was entitled to proceed in this action without prepayment of fees. Plaintiff was ordered to file a new application to proceed in forma pauperis or pay the filing fee in this action without thirty days of July 10, 2018. Plaintiff has not paid the filing fee, filed an application to proceed in forma pauperis, or otherwise responded to the July 10, 2018 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **ten (10) days** of the date of entry of this order why this action should not be dismissed for failure to comply with the August 10, 2018 order. **Plaintiff is forewarned that the failure to show cause may result in the imposition of monetary sanctions and the dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 17, 2018**

_____
UNITED STATES MAGISTRATE JUDGE