1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL GARCIA,<br><br>              Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. 1:18-cv-00914-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 4) |

On July 5, 2018, Plaintiff filed a complaint seeking review of the Commissioner's denial of his application for Social Security benefits and an application to proceed in forma pauperis in this action. (ECF Nos. 1, 2.) Upon review of the application to proceed in forma pauperis, the Court found that it was inadequate to determine if Plaintiff was entitled to proceed in this action without prepayment of fees. Plaintiff was ordered to file a new application to proceed in forma pauperis or pay the filing fee in this action without thirty days of July 10, 2018. Plaintiff has not paid the filing fee, filed an application to proceed in forma pauperis, or otherwise responded to the July 10, 2018 order. On August 17, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the July 10, 2018 order. Plaintiff filed response to the order to show cause and an application to proceed without prepayment of fees on August 27, 2018.

1

Based on Plaintiff's response, the order to show cause filed August 17, 2018 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  __**August 27, 2018**__ _____
UNITED STATES MAGISTRATE JUDGE