# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL GARCIA,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:18-cv-00914-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On July 5, 2018, Plaintiff filed a complaint seeking review of the Commissioner's denial of his application for Social Security benefits. On April 4, 2019, the parties filed a stipulation to extend time for Plaintiff to file his opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 10, 2019;

2. Defendant's opposition shall be filed on or before June 10, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before June 25, 2019.

IT IS SO ORDERED.

Dated: **April 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1